

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASATERN DIVISION

**FILED**

JUN 6 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

STEWART, JAMES

Plaintiff

V                                     1:17-cv-03446

Judge Robert W Gettleman

AMSHER COLLECTION            Magistrate Judge Sheila M. Finnegan

SERVICES

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, STEWART, JAMES IN SUPPORT OF Plaintiff's voluntary dismissal, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41, hereby voluntarily dismisses his claims against the Defendant with prejudice, Each party shall bear its own costs and fees.

Dated       June1, /2017                Rrespectfully Submitted,

                                        STEWART, JAMES
                                        8132 S HARVARD
                                        CHICAGO IL 60620
                                        3122170492